IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> AUTOMATA INTERNATIONAL, INC., <br> Debtor | Chapter 11 <br> Bankr. Case. No. 00-2845 (MFW) <br> (Jointly Administered) |
| MONTAGUE CLAYBROOK, <br> CHAPTER 7 TRUSTEE, <br> Plaintiff, <br> v. <br> NEW PENN MOTOR EXPRESS, INC., <br> Defendant. | Civil Action No. 04-896 GMS <br> Adv. No. 02-5134 |

### ORDER

WHEREAS, on July 23, 2004, a motion to withdraw the reference from the United States Bankruptcy Court was filed (D.I. 1);

WHEREAS, on January 12, 2005, an Order granting the motion to withdraw the reference was issued by the Court (D.I. 5);

WHEREAS, on April 19, 2007, the court, pursuant to Local Rule 41.1, issued an Order directing the plaintiff to show cause, within 30 days, why this case should not be dismissed (D.I. 6);

WHEREAS, to date, the court's docket reflects no contact with the court by the parties.

IT IS HEREBY ORDERED that:

This case is dismissed, without prejudice, pursuant to District of Delaware Local Rule 41.1.



UNITED STATES DISTRICT JUDGE

June __5__, 2007

FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE